UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BRITTNEY TURNER,

    Petitioner,

v.

ISRAEL JACQUEZ,

    Respondent.

CASE NO. C19-545-JCC-BAT

**ORDER FOR RETURN AND BRIEFING**

Petitioner has filed a habeas corpus petition under 28 U.S.C. § 2241 and seeks expedited consideration of her petition on the grounds that if the Court grants the requested relief, she will be released from custody on May 19, 2019, rather than sometime after July 19, 2019. Dkt. 3. The Court has reviewed the petition and **ORDERS**:

**A. SERVICE**

If not previously accomplished, electronic posting of this Order and petitioner's § 2241 habeas petition shall effect service upon the United States Attorney for the Western District of Washington of the petition and all supporting documents. Service upon the United States Attorney for the Western District of Washington is deemed to be service upon the named respondents.

ORDER FOR RETURN AND BRIEFING - 1

## B. RESPONDENTS' RETURN AND BRIEFING

No later than **May 7, 2019**, respondents shall file a return as provided in 28 U.S.C. § 2243, explaining why the Court should not grant petitioner's § 2241 petition. As a part of the return, respondents shall submit a brief in support of their position.

The Court notes that the petition herein is one of a growing number of § 2241 habeas petitions recently filed by federal prisoners seeking release prior to July 19, 2019. *See e.g., Johnston v. Jacquez*, C19-550 JLR-BAT (alleging a release date of April 29, 2019); *Corbett v. Jacquez*, C19-531 MJP-BAT (alleging a release date of July 7, 2019); *Acedo v. Jacquez*, C19-529 RSM-MLP (alleging a release date of July 7, 2019); *Garcia-Orante v. Jacquez*, C19-536 RAJ-MLP (alleging a release date of June 2, 2019); *Rigney v. Jacquez*, C19-548 RSL-MLP (alleging a release date of May 30, 2019); and *Soundingsides v. Jacquez,* C19-544 JCC-MLP (alleging a release date of June 20, 2019). Given the number of other pending cases that raise similar claims, and because these cases raise issues of first impression, this Court recently issued an order in *Johnston v. Jacquez*, C19-550 JLR-BAT, directing the parties to submit briefing addressing some specific issues, and setting oral argument in that case for May 20, 2019 at 10:30 am, Courtroom 12A. *See Johnston v. Jacquez*, C19-550 JLR-BAT, Dkt. 5.

Accordingly, in their briefs, the parties shall address the same issues the Court requested to be briefed in *Johnston v. Jacquez*, C19-550 JLR-BAT. *See id.* Namely:

(a) Petitioner claims the First Step Act clarifies the original congressional intent of 18 U.S.C. § 3624(b) to grant a prisoner serving a sentence of more than one year good time credits of 54 days per year. If Congress had always intended to grant prisoners 54 days of good time per year, why is it that the Court cannot grant petitioner the relief he requests?

(b) Petitioner claims the Bureau of Prisons (BOP) will not calculate her good time credits until July 19, 2019, the date by which the BOP must complete a risk and needs assessment. Because this is after petitioner's release date, is petitioner excused from exhausting her remedies within the BOP?

(c) Is the "risk and needs assessment" set forth in Section 101(a) of the First Step Act relevant to the BOP's calculation of good time release? Or are good time credits awarded to all prisoners with a release date regardless of the prisoner's risk assessment?

(d) If there is a legal basis upon which the Court may grant petitioner the relief she requests, may the Court make factual findings to determine whether petitioner "has displayed exemplary compliance with institutional disciplinary regulations" under 18 U.S.C. § 3624(b)(1), or are such findings solely within the discretion of the BOP?

The parties' briefs should also identify and address any additional issues believed to be unique or distinct from the issues presented in *Johnston v. Jacquez*, C19-550 JLR-BAT, and present any relevant argument or authority in support.

## C. PETITIONER'S RESPONSE

Petitioner shall file a response brief no later than **May 21, 2019.** The response likewise may address the issues set forth above.

DATED this 23rd day of April, 2019.

BRIAN A. TSUCHIDA
United States Magistrate Judge